UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:03CR215-MU |
| | ) | |
| vs. | ) | <u>ORDER TO SUBSTITUTE</u> |
| | ) | <u>COUNSEL</u> |
| | ) | |
| CHARLES TYRONE BLACKSHEAR | ) | |

**THIS MATTER** is before the Court on Motion of the United States to substitute counsel in the above captioned case.

**NOW, THEREFORE, IT IS ORDERED** that the Motion of the United States to Substitute Counsel is GRANTED and the Clerk is directed to make all appropriate changes in the Court's records to reflect same.

The Clerk is directed to certify copies of this Order to Defendant, defense counsel, U.S. Marshal Service, U.S. Probation, and the United States Attorney.

This 5th day of December, 2005.

*/s/ Graham C. Mullen*

GRAHAM C. MULLEN
UNITED STATES DISTRICT JUDGE