# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:03CR215

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| vs. | ) ) | **ORDER** |
| CHARLES TYRONNE BLACKSHEAR | ) ) ) | |

The matter is before the court on its own motion for a continuance of this matter from the May 17, 2006 criminal sentencing term in the Charlotte Division.

IT IS ORDERED that this motion be **granted to the next available sentencing term** in the Charlotte Division.

The Clerk is directed to certify copies of this order to defendant, counsel for defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

IT IS SO ORDERED.

Signed: May 8, 2006

Graham C. Mullen
United States District Judge