FILED
CHARLOTTE, N. C.

JUL 1 7 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:03 CR 215-W |
| | ) | |
| v. | ) | ORDER SEALING GOVERNMENT'S |
| | ) | DOWNWARD DEPARTURE |
| | ) | MOTION AND ORDER |
| CHARLES TYRONE BLACKSHEAR | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Government's motion and Order in this matter be sealed;

IT IS NOW THEREFORE ORDERED that the Government's motion and Order in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 17th day of July 2006.

FRANK D. WHITNEY
UNITED STATES DISTRICT JUDGE