# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:03-cr-00215-W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CHARLES TYRONE BLACKSHEAR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THE MATTER is before the Court on Defendant's pro se Motion for Leave to Appeal In Forma Pauperis (Doc. No. 51); pro se Motion for Copies of Certain Documents (Doc. No. 52); and pro se Motion for Transcripts at Government Expense (Doc. No. 53).

For good cause shown in Defendant's motion and the attachments thereto, the Court GRANTS Defendant's Motion for Leave to Appeal In Forma Pauperis. As to the other two motions, Defendant now has appointed counsel for his appeal (Doc. No. 57). The record reflects that Mr. Blackshear is represented by appointed counsel, Eric Bach. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Blackshear has any matters he wishes this Court to consider, they must be submitted through his attorney.

IT IS, THEREFORE, ORDERED that Defendant's Motion for Leave to Appeal In Forma Pauperis (Doc. No. 51) is GRANTED. Defendant's Motion for Copies of Certain Documents (Doc. No. 52) and Motion for Transcripts (Doc. No. 53) are DENIED without prejudice to his right to re-file the motions, if appropriate, through his attorney, Mr. Bach.

The Clerk of Court is directed to send a copy of the motions to Mr. Bach along with his copy of this Order.

IT IS SO ORDERED.

Signed: November 5, 2007

Frank D. Whitney
United States District Judge