# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### DOCKET NO. 3:03-CR-215-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>CHARLES TYRONE BLACKSHEAR, )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court *sua sponte* as to the resentencing of Defendant in accordance with the Revised Presentence Report filed by the Probation Officer. The Bureau of Prisons and the United States Marshals Service is hereby ORDERED to transport and produce the body of Defendant for resentencing before the Honorable Frank D. Whitney, in the Western District of North Carolina, Charlotte, North Carolina, on June 23, 2009, and upon completion of the resentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

A copy of this Order shall be transmitted electronically to Defense Counsel, the United States, the United States Marshals Service, Bureau of Prisons, and the United States Probation Office.

IT IS SO ORDERED.

Signed: May 11, 2009

Frank D. Whitney
United States District Judge